# Your New Benefit Amount

BENEFICIARY'S NAME: DANNY W KNIGHTEN

Your Social Security benefit will increase by **3.2%** in 2024 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $826.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 16, 2023 or if someone else pays your premium, we show $0.00) | -$0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2024. If you did not elect withholding as of November 1, 2023, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 16, 2023, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2023 on or about January 3, 2024. | $826.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

## Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **888-289-9185**.

    SOCIAL SECURITY
    717 MCGLATHERY LN SE
    DECATUR, AL 35601

SOCIAL SECURITY
717 MCGLATHERY LN SE
DECATUR AL 35601

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date: November 26, 2023
BNC#: 23S1906B26896 DI



0257578 00257578      1 AB  0.537  CN6LNA T814 P15
COLA MO4 11/19 625 23S1906B26896
DANNY D KNIGHTEN
2040 FUSSELL ST
TOWN CREEK AL 35672-3820



We plan to increase your monthly Supplemental Security Income (SSI) payment from $78.00 to $137.00 beginning January 2024. The amount will change because your situation changed. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.

The rest of this letter explains more about your SSI payments. It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet(s) at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

**When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of $137.00 around January 1, 2024, and on the first of each month after that.

**Information Used In Making The Decision**

- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2024 if there was an increase in the cost-of-living during the past year.

- Our records show that the following income used to figure your payment has also changed--

See Next Page

SSA-L8151

## Social Security Administration
## Benefit Verification Letter

Date: May 1, 2024
BNC#: 24MX826K67530
REF: A, C2, DI

TAMMY LYNN KNIGHTEN
2040 FUSSELL ST
TOWN CREEK AL 35672-3820

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $718.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $718.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on July 12, 2001.

### Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $696.00.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $696.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Current Social Security Benefits

Beginning June 1980, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning June 1980.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Information About Supplemental Security Income Payments

Beginning May 2024, the current Supplemental Security Income payment is $245.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on July 12, 2001.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2004.

You are entitled to medical insurance under Medicare beginning January 2004.

Your Medicare number is 1NP0XY0AK28. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is October 18, 1965.