# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN THE MATTER OF:
Danny D Knighten　　　　　　　　　　　　　　　　　CASE NO. 24-80816-CRJ-13
Tammy L Knighten

CHAPTER 13

SSN XXX-XX-0575  SSN XXX-XX-1887
DEBTORS

## AMENDED TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1. The Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code on May 2, 2024 with the first plan payment due June 1, 2024. The Debtors failed to continue plan payments and is currently in default $281 through July 2024.

2. In order to pay the scheduled and filed secured claims in full, Plan payments must increase to $657 per month beginning September 2024 with fixed payments adjusted accordingly. The Debtors' monthly disposable income is $280 per month as stated in their schedules. Based upon this information, the Trustee alleges the Debtors' proposed Chapter 13 Plan is not feasible.

3. The Debtors failed to accurately report on the Plan and on Schedule D the collateral securing the debt owed to 1st Franklin Financial.

4. The Debtors failed to accurately report on the Plan and on Schedule D the collateral securing the debt owed to W.S. Badcock Corp.

5. The proposed fixed monthly payments provided for on the Debtors' Plan fail to amortize the secured claims during the term of the Plan.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 13th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Michele T. Hatcher
　　　　　　　　　　　　　　　　　　　　Michele T. Hatcher, Trustee
　　　　　　　　　　　　　　　　　　　　P.O. Box 2388
　　　　　　　　　　　　　　　　　　　　Decatur, AL  35602-2388
　　　　　　　　　　　　　　　　　　　　256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2024, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

| | |
|---|---|
| Danny D Knighten<br>Tammy L Knighten<br>2040 Fussell St<br>Town Creek, AL  35672 | MELISSA W MITCHELL<br>MELISSA WIMBERLY LAW PC<br>521 MADISON STREET STE 201<br>HUNTSVILLE, AL  35801 |

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee