# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Danny D Knighten | } | **Case No: 24-80816-CRJ13** |
| SSN: XXX-XX-0575 | } | |
| Tammy L Knighten | } | |
| SSN: XXX-XX-1887 | } | |
| DEBTOR(S). | } | |

## ORDER DISMISSING CASE

This matter came before the Court on Monday, August 26, 2024 10:00 AM, for a hearing on the following:

    RE: Doc #64; Amended Trustee's Motion to Dismiss Case

Proper notice of the hearing was given and appearances were made by the following:

    Melissa Mitchell, attorney for Danny D Knighten (Debtor)
    Melissa Mitchell, attorney for Tammy L Knighten (Joint Debtor)
    Michele T. Hatcher (Trustee)
    William Hancock, attorney for First Southern Financial

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Trustee's Amended Motion to Dismiss Case is APPROVED and this case is hereby DISMISSED.

Dated: 08/26/2024

                                                             /s/ CLIFTON R. JESSUP JR.
                                                             CLIFTON R. JESSUP JR.
                                                              United States Bankruptcy Judge